

# Law Office of Francis J. Flynn, Jr., Esq.
422 South Curson Avenue ~ Los Angeles, California 90036 ~ 314-662-2836

September 4, 2018

**VIA CERTIFIED U.S. MAIL**
**RETURN RECEIPT REQUESTED**

SanDisk LLC
5601 Great Oaks Parkway
San Jose, California 95119

     Re:    NOTICE OF VIOLATION OF CALIFORNIA CONSUMER LEGAL REMEDIES ACT, CAL. CIV. CODE §§ 1750 *ET SEQ*. ("CLRA") AND 30 DAY RIGHT TO CURE UNDER SECTION 1782.  THIS IS A DEMAND LETTER AND MUST BE FORWARDED TO THE APPROPRIATE PARTY FOR IMMEDIATE RESOLUTION.  FAILURE TO RESPOND TO THIS MAY RESULT IN ACTION BEING TAKEN.

Dear SanDisk LLC:

    Please note that this correspondence, and the information contained herein, is subject to the protection afforded settlement conduct, statements, and / or negotiations, under California Evidence Code §§ 1152 through 1154, the Federal Rules of Evidence 408, and other similar laws.  Nothing contained herein shall be deemed to be an admission, limitation, and/or waiver, of any of my clients' rights, remedies, or defenses, either at law or in equity, all of which rights, remedies, and defenses are hereby expressly reserved.

    Pursuant to CAL. CIVIL CODE § 1782(a), this notice is sent by certified or registered mail, return receipt requested, to SanDisk LLC's principal place of business.

    **PLEASE TAKE NOTICE** that, for the reasons stated below, SanDisk LLC ("Defendant") is in violation of the California Consumer Legal Remedies Act, Cal. Civ. Code §§ 1750 *et seq*. ("CLRA"), the Unfair Competition Law ("UCL"), Business and Professions Code §§ 17200 *et seq*., and other state and federal common law and statutes for the reasons set forth in this letter.

    This notice is served on you by JOHN DINAN ("Plaintiff"), and all other members of the class and subclass of similarly situated persons Plaintiff seeks to represent.  **Please direct all communications or responses regarding this Notice to the following counsel**, who Plaintiff has retained to represent Plaintiff and others similarly situated in a class action against Defendants to obtain damages, restitution, injunctive relief, and/or other relief described more fully below from Defendants as a result of Defendants' use of unfair, unlawful, unethical, unconscionable, and/or deceptive methods of competition and/or unfair, unlawful, unethical, unconscionable, and/or deceptive trade practices in violation of the common law and various federal and state statutes, including, but not limited to, California Consumer Legal Remedies Act, Cal. Civ. Code §§ 1750

*et seq*. ("CLRA") as it relates to Defendants' Sales and/or Marketing of Flash drives as described herein:

>Francis J. "Casey" Flynn, Jr.
>Law Offices of Francis J. Flynn, Jr.
>422 South Curson Avenue
>Los Angeles, California 90036-3169
>Tele: 314-662-2836
>Email: casey@lawofficeflynn.com

If you intend to cure these violations as set forth below in the Remedies Section, please notify counsel within 30 days of receipt of this notice.

## STATEMENT OF VIOLATIONS

Please take note that it has come to the attention of consumers, including Plaintiff, who purchased a SanDisk USB Flash Drive, that Defendant has engaged in deceptive and misleading consumer practices in connection with the marketing and sale of SanDisk USB Flash Drives, in violation of the Consumers Legal Remedies Act ("CLRA"), CAL. CIV. CODE § 1750 *et seq*.

During the Class Period, Defendant advertised, marketed, and/or sold a number of USB Flash Drives in varying sizes, including what it represented as memory sizes of 256 GB, 128 GB, 64 GB, 32 GB, 16 GB and 8 GB when Flash Drives lacked such memory storage. At all relevant times, Defendant intentionally mispresented the amount of the memory storage contained on the USB Flash Drives in their marketing, advertising, and/or packaging of their USB Flash Drives.

Plaintiff and the Class were damaged, and Defendant has profited handsomely at the expense of Plaintiff and the Class and Subclass.

Defendant made material misrepresentations to Plaintiff and the Classes and Plaintiff and the Class have suffered injury in fact and lost money as a result of Defendants' representations and omissions.

As set forth more fully above, Defendants' acts and practices in connection with the sale of the Flash Drives are in violation of California's Consumer Legal Remedies Act § 1770, *et seq*. of the CLRA in that, among other things, Defendant (a) in violation of § 1770(a)(5), represented that its "goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have"; (b) in violation of § 1770(a)(6), represented that Defendant's "goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another"; (c) in violation of § 1770(a)(9), advertised goods or services with intent not to sell them as advertised"; (d) in violation of § 1770(a)(14), represented that a transaction confers or involves rights, remedies, or obligations that it does not have or involve; (e) in violation of § 1770(a)(16), represented that the subject of a transaction has been supplied in accordance with a previous representation when it has not; (f) in violation of § 1770(a)(19), inserted an unconscionable provision in the contract"; and (g) for other such violations of the

2

CLRA that discovery will uncover.

Defendant's actions as described herein were done with conscious disregard of Plaintiff's rights and Defendants were wanton and malicious in its concealment of the same. Plaintiff and the Class have suffered injury in fact and have lost moneys a result of Defendant's false representations and material omissions in the marketing and advertisement of these investment products. Defendants' unfair or unlawful acts, practices, representations, omissions, and courses of conduct, as described herein, were undertaken by Defendants in a transaction intended to result in, and which did result in, the sale or lease of goods or services to consumers. As a direct and proximate result of Defendants' violations of law, Plaintiff has been injured.

## REQUESTED REMEDIES

PLAINTIFF HEREBY DEMANDS THAT WITHIN THIRTY (30) DAYS after the date on which this Notice is served on you, you remedy your violations by doing the following:

A. Disseminate a notice reasonably intended to reach all purchasers of Defendant's Flash Drives in a form approved by the above counsel, setting correcting any misstatements, misrepresentations, and omissions of fact described above;

B. Subject to monitoring and confirmation by above counsel, provide to each Class Member a full refund of investment money and any money earned that were a result of Plaintiff's investment;

C. Immediately cease marketing and selling Flash Drives unless you first notify purchasers of all material facts and otherwise immediately cease to engage in the violations of the Consumers Legal Remedies Act; and

D. Pay into a Court-approved escrow account an amount of money sufficient to pay Plaintiff's attorneys' fees, costs, and expenses.

Please contact Counsel identified above if you would like to discuss this matter further.

If Defendants fails to respond to Plaintiff's demand within thirty (30) days after receipt of this letter, Plaintiff will amend Plaintiff's class action complaint to add damages under the CLRA.

Sincerely,

Francis J. "Casey" Flynn, Jr.

```
========================================
              BALLWIN
      15455 MANCHESTER RD
              BALLWIN
                MO
              63011-9998
              2804080611
09/04/2018    (800)275-8777    3:27 PM
========================================
========================================
Product             Sale        Final
Description         Qty         Price

First-Class          1          $0.50
Mail
Letter
    (Domestic)
    (SAN JOSE, CA  95119)
    (Weight:0 Lb 0.80 Oz)
    (Estimated Delivery Date)
    (Friday 09/07/2018)
Certified            1          $3.45
    (@@USPS Certified Mail #)
    (70172680000001290489)
Return               1          $2.75
Receipt
    (@@USPS Return Receipt #)
    (9590940242218121300853)

Total                           $6.70

Credit Card Remitd              $6.70
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX
    (Approval #:004605)
    (Transaction #:939)
    (AID:A0000000031010       Chip)
    (AL:VISA CREDIT)
    (PIN:Not Required)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

         Preview your Mail
         Track your Packages
         Sign up for FREE @
         www.informeddelivery.com


All sales final on stamps and postage
Refunds for guaranteed services only
      Thank you for your business

     UNITED STATES POSTAL SERVICE
            HOLIDAY HIRING!
    August 14, 2018 - November 9, 2018
         $16.00/hour - $17.19/hour
            MUST APPLY ONLINE
         AND CREATE YOUR PROFILE
           www.usps.com/careers
    Search jobs by state - MISSOURI &
                ILLINOIS
     MUST APPLY FOR EACH POSITION
            CHECK DAILY FOR
         ADDITIONAL OPPORTUNITIES

        HELP US SERVE YOU BETTER

       TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

                Go to:
     https://postalexperience.com/Pos

     840-5630-0443-005-00022-52718-02

          or scan this code with
            your mobile device:
```



```
          or call 1-800-410-7420.

           YOUR OPINION COUNTS
```

