KEITH E. EGGLETON, State Bar No. 159842
ANTHONY J WEIBELL, State Bar No. 238850
AMIT Q. GRESSEL, State Bar No. 307663
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
E-mail: keggleton@wsgr.com;
       aweibell@wsgr.com;
       agressel@wsgr.com

Attorneys for Defendant
SANDISK LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DINAN,<br><br>            Plaintiff,<br><br>     v.<br><br>SANDISK LLC,<br><br>            Defendant. | Case No. 5:18-cv-05420-BLF<br><br>**DECLARATION OF ANTHONY J WEIBELL IN SUPPORT OF SANDISK LLC'S MOTION TO DISMISS THE COMPLAINT** |

I, Anthony J Weibell, declare as follows:

1. I am an attorney at Wilson Sonsini Goodrich & Rosati, counsel for Defendant SanDisk LLC in this action. I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached hereto as Exhibit 1 are true and correct copies of actual-size photographs that I took of the packaging for the product described in the Complaint—a SanDisk 64GB iXpand Flash Drive that contains a "1GB = 1,000,000,000 bytes" definition on the back. Compl. ¶¶ 3, 27-29. One set of photos is for a product that I purchased this month on Amazon.com and the other set of photos is for a product that I purchased this month at a brick-and-mortar retail store (Fry's Electronics) in Palo Alto, California. If requested, I can produce the actual packaging for inspection by the Court and counsel at the hearing in this matter.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Federal Register, Vol. 63, No. 144, published July 28, 1998 available at https://www.gpo.gov/fdsys/pkg/FR-1998-07-28/pdf/98-16965.pdf, (last accessed October 27, 2018).

4. Attached hereto as Exhibit 3 are excerpts from a true and correct copy of the National Institute of Standards and Technology's (NIST), a division of the U.S. Department of Commerce, "Guide for the Use of the International System of Units (SI)," available at https://physics.nist.gov/cuu/pdf/sp811.pdf (last accessed October 27, 2018).

5. Attached hereto as Exhibit 4 is a true and correct copy of the NIST's website entitled "Definitions of the SI Units: the binary prefixes" available at https://physics.nist.gov/cuu/Units/binary.html (last accessed October 27, 2018).

6. Attached hereto as Exhibit 5 is a true and correct copy of Apple, Inc.'s Support page titled "How iOS and macOS report storage capacity" available at: https://support.apple.com/en-us/HT201402 (last accessed October 27, 2018).

7. Attached hereto as Exhibit 6 is a true and correct copy of the dictionary definition of "gigabyte" found in the online Oxford English Dictionary (available at https://en.oxforddictionaries.com/definition/gigabyte) (last accessed October 27, 2018).

8. Attached hereto as Exhibit 7 is a true and correct copy of the dictionary definition of "gigabyte" found in the online Merriam-Webster Dictionary (available at https://www.merriam-webster.com/dictionary/gigabyte) (last accessed October 27, 2018).

9. Attached hereto as Exhibit 8 is a true and correct copy of the dictionary definition of "gigabyte" found on dictionary.com (available at http://www.dictionary.com/browse/gigabyte) (last accessed October 27, 2018).

I declare under penalty of perjury that the foregoing is true and correct. Executed October 29, 2018.

　　　　　　　　　　　　　　　　　*/s/ Anthony J Weibell*
　　　　　　　　　　　　　　　　　Anthony J Weibell