KEITH E. EGGLETON, State Bar No. 159842
ANTHONY J WEIBELL, State Bar No. 238850
AMIT Q. GRESSEL, State Bar No. 307663
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
E-mail: keggleton@wsgr.com;
aweibell@wsgr.com;
agressel@wsgr.com

Attorneys for Defendant
SANDISK LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DINAN,<br><br>Plaintiff,<br><br>v.<br><br>SANDISK LLC,<br><br>Defendant. | Case No. 5:18-cv-05420-BLF<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |

The Motion to Dismiss the Complaint, filed by Defendant, came on for hearing in the ordinary course. All appearances are noted in the record. Having considered the papers filed in support of and in opposition to said Motion, the argument of counsel, and for good cause shown, IT IS HEREBY ORDERED that the Motion is granted. The Complaint is dismissed with prejudice. The clerk shall enter judgment in favor of Defendant and close the file.

Dated: _____        _____

Beth Labson Freeman
United States District Judge