UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOHN DINAN et al.,

          Plaintiffs,

   v.

SANDISK LLC,

          Defendant.

Case No. 18-cv-05420-BLF

**JUDGMENT**

Plaintiffs' Amended Complaint having been dismissed without leave to amend and the action having been dismissed with prejudice, ECF 52,

It is hereby ordered and adjudged that Plaintiff take nothing by this action and that

Judgment is entered for Defendant SanDisk LLC and against Plaintiffs. The Clerk shall close the file.

Dated: January 23, 2020

_____
BETH LABSON FREEMAN
United States District Judge